# EXHIBIT B

| US7916877B2 | Kustom- PA150TFXBT ("The Accused Product") |
|---|---|
| 17. A method of operation for a switching component forming a part of a modular audio unit comprising an inter-unit communication component providing inter-unit communications with at least one peer system, comprising: | The accused product practices a method of operation for a switching component (e.g., the component of the accused product which switches the input source from an Aux input to Bluetooth, or vice versa, among other possible switching scenarios) forming a part of a modular audio unit (e.g., the accused product) comprising an inter-unit communication component (e.g., Bluetooth chip of the accused product for communication with other Bluetooth devices) providing inter-unit communications (e.g., Bluetooth communication) with at least one peer system (e.g., a smartphone).<br><br><br><br>https://kustom.com/product-detail/?id=2872 |



# PA150TFX & PA150TFXBT

## Owner's Manual

**Congratulations on the purchase of your Kustom PA.**

Your PA Model draws on decades of amp design and manufacturing experience at Kustom. This model was built from the ground up to offer world-class tone, useful features and reliable performance. Inside this manual, you'll find valuable information about your product's controls and specifications. Being familiar with its features will help you effectively use your system. We wish you many years of enjoyment with your Kustom PA

https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf

| PA150TFX/PA150TFXBT Specifications | | |
|---|---|---|
| Output Power 1% | 2 x 75W | 2 x 4 ohm load |
| Accepted Inputs | CH1 and CH2 | Mic XLR Balanced, Line Level 1/4" Un-balanced |
| | Ch3 | 1/8" Line Level or Bluetooth Device (150TFXBT models) |
| Frequency Response | 20HZ-20kHZ | Actual response is tailored to speaker cabinet for accurate acoustical response |
| Hum & Noise | -46dB | Residual Noise, all level controls 0% (mimimum) |
| | -37dB | Nominal System Noise, all level controls at 50% |
| System Gain/Speaker Output (Measurement made at 1kHz) | +49dB | Mic to Speaker Output (CH 1 & CH2) |
| | +35dB | Line to Speaker Output (CH1 & CH2) |
| | +25dB | Aux In to Speaker Output |
| Channel EQ (high, low) | 4kHz and above, 800Hz and below | |
| SYNC (IN and OUT) | Both jacks accept a balanced input and sends a pre-master volume output mix of channels. Recommended use: Linking two PA150's | |
| Subwoofer Out | Line Out | 20 Hz-150Hz |
| Monitor Out | Line Out | Balanced TRS Output with grounded sleeve |
| Phantom Power | +15V | Mic inputs (CH1 & CH2) |

https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf

**INPUT SECTION:**
This is where you may plug in microphones, instruments, keyboards, drum machines and other audio devices, adjust the volume, bass and treble.

**1. MIC Inputs:** These XLR inputs are designed for low-impedance microphones or equipment that has a mic-level, balanced output (often called a Direct Out). Note: These inputs receive 15-volt phantom power. This is used to provide power to condenser microphones. Phantom power will not damage any dynamic or non-condenser microphone.

**2. LINE Inputs:** These ¼-inch inputs may be used to connect high-impedance microphones or keyboards, drum machines and other audio devices.

**3. AUX IN:** Use this stereo input to connect an external audio device such as an MP3, CD player or computer for playback. Note: Right and Left channels are summed to mono on this input.

**4. Volume:** Use these controls to adjust the volume level of each channel and the relative balance between them.

**5. Low:** Determines the emphasis of bass frequencies. Turning this knob clockwise creates a deeper, warmer tone. If you need a brighter sound, reduce the bass by turning counterclockwise.

**6. High:** Turned clockwise, this control accents treble frequencies to produce clearer, crisper sound. Turn counterclockwise to make the sound softer and less bright.

**7. Bluetooth LED (PA150TFXBT Only):** Indicates that a Bluetooth equipped device has successfully paired with the PA150TFXBT.

https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf

| | |
|---|---|
| | **BLUETOOTH PAIRING INSTRUCTIONS:**<br>To connect your Bluetooth device to the Kustom Bluetooth receiver for the first time, navigate to the Bluetooth settings menu on you Bluetooth enabled device. Ensure that Bluetooth is enabled and your Kustom product is powered on. Perform a scan for available devices. Select and pair to the Kustom product in the list of available devices. Enter 0000 for the passcode if prompted. Once paired, a connection can be established. Depending on the device, future connections may be established automatically when a previously paired Bluetooth device is in range of the Kustom Bluetooth receiver.<br><br>The Bluetooth receiver in Kustom Bluetooth products is an A2DP device and will work with other A2DP compatible Bluetooth devices including most smart phones. Additional hardware and/or driver software may be required for computers with integrated Bluetooth adaptors due to a lack of support for A2DP devices by some operating systems.<br><br>https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf |
| receiving first signals corresponding to first entertainment content from a player device; | The accused product practices receiving first signals (e.g., Aux input signals) corresponding to first entertainment content (e.g., content from external audio player via Aux In) from a player device (e.g., a external audio device). |



https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf

| | |
|---|---|
| | **INPUT SECTION:**<br>This is where you may plug in microphones, instruments, keyboards, drum machines and other audio devices, adjust the volume, bass and treble.<br><br>**1. MIC Inputs:** These XLR inputs are designed for low-impedance microphones or equipment that has a mic-level, balanced output (often called a Direct Out). Note: These inputs receive 15-volt phantom power. This is used to provide power to condenser microphones. Phantom power will not damage any dynamic or non-condenser microphone.<br><br>**2. LINE Inputs:** These ¼-inch inputs may be used to connect high-impedance microphones or keyboards, drum machines and other audio devices.<br><br>**3. AUX IN:** Use this stereo input to connect an external audio device such as an MP3, CD player or computer for playback. Note: Right and Left channels are summed to mono on this input.<br><br>**4. Volume:** Use these controls to adjust the volume level of each channel and the relative balance between them.<br><br>**5. Low:** Determines the emphasis of bass frequencies. Turning this knob clockwise creates a deeper, warmer tone. If you need a brighter sound, reduce the bass by turning counterclockwise.<br><br>https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf |
| receiving second signals corresponding to second entertainment content from the inter-unit communication component; and | The accused product practices receiving second signals (e.g., audio signals via Bluetooth from a smartphone) corresponding to second entertainment content (e.g., audio content from the Bluetooth paired smartphone) from the inter-unit communication component (e.g., Bluetooth chip of PA150TFXBT for communication with other Bluetooth devices). |



- 150 Watts Self-Contained PA Speaker with Digital Effects
- 3-Channel Mixer
- SYNC Input & Output
- Subwoofer Output
- With Bluetooth

https://kustom.com/product-detail/?id=2872

**BLUETOOTH PAIRING INSTRUCTIONS:**

To connect your Bluetooth device to the
Kustom Bluetooth receiver for the first time,
navigate to the Bluetooth settings menu on
you Bluetooth enabled device. Ensure that
Bluetooth is enabled and your Kustom product
is powered on. Perform a scan for available
devices. Select and pair to the Kustom product
in the list of available devices. Enter 0000
for the passcode if prompted. Once paired, a
connection can be established. Depending
on the device, future connections may be
established automatically when a previously
paired Bluetooth device is in range of the
Kustom Bluetooth receiver.

The Bluetooth receiver in Kustom Bluetooth
products is an A2DP device and will work with
other A2DP compatible Bluetooth devices
including most smart phones. Additional
hardware and/or driver software may be
required for computers with integrated
Bluetooth adaptors due to a lack of support for
A2DP devices by some operating systems.

https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf



| | |
|---|---|
| | **3. AUX IN:** Use this stereo input to connect an external audio device such as an MP3, CD player or computer for playback. Note: Right and Left channels are summed to mono on this input.<br><br>**4. Volume:** Use these controls to adjust the volume level of each channel and the relative balance between them.<br><br>**5. Low:** Determines the emphasis of bass frequencies. Turning this knob clockwise creates a deeper, warmer tone. If you need a brighter sound, reduce the bass by turning counterclockwise.<br><br>**6. High:** Turned clockwise, this control accents treble frequencies to produce clearer, crisper sound. Turn counterclockwise to make the sound softer and less bright.<br><br>**7. Bluetooth LED (PA150TFXBT Only):** Indicates that a Bluetooth equipped device has successfully paired with the PA150TFXBT.<br><br>**8. Master Volume:** Controls the overall volume of all channels and input on SYNC *Note: Does not affect SYNC Output level.*<br>https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf |
| selectively outputting the first signals and the second signals to a playback component wherein the player device and the playback component are separate from one another and wherein both the player device and the playback component are external to the modular audio unit. | The accused product practices selectively outputting the first signals (e.g., audio signals via Aux input from a external audio device) and the second signals (e.g., audio content from the Bluetooth paired smartphone) to a playback component (e.g., Subwoofer) wherein the player device (e.g., external audio device) and the playback component (e.g., Subwoofer) are separate from one another and wherein both the player device and the playback component are external to the modular audio unit (e.g., the accused product).<br><br>As shown below, playback component (e.g., Subwoofer), player device (e.g., external audio device), and modular audio unit (e.g., the accused product) are all individual separate components. |



https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf

**10. SYNC OUT:** This balanced XLR Jack accepts the SYNC input from another PA unit using a standard mic cable. Channels from both units are summed together. Use the channel volume controls to get the mix of the 6 channels (If a channel is not used turn the volume all the way down). MASTER volume controls the loudness of the mix through individual units. It does not affect the volume linked units.This jack may also be used to connect the PA unit to a power amp with a balanced line input.
*Note:* The shield connection (pin 1) on this jack does not connect to chassis ground. It is lifted.

**11. Subwoofer Out:** The subwoofer output jack sends a line level unbalanced low frequency signal crossed over at 150Hz to a powered subwoofer. It will also work with any powered subwoofer that accepts a line level input. A crossover that rolls off the frequencies below 150Hz through the PA150TFX's speakers is activated when using this jack with a standard ¼" mono (tip/Sleeve) SHIELDED instrument cable. When Subwoofer jack is not used, this crossover is bypassed and the speakers are full range.

**Note:** It is recommended to connect subwoofer using a standard ¼" mono (tip/sleeve) SHIELDED instrument cable because the sleeve connection to ground activates crossover on  speakers. When possible, plug AC cable on PA150TFX and Subwoofer into same outlet or power strip. This will prevent possible ground loop hum through the system.

**12. Power Indicator Light:** Indicates that the power switch is in the "ON" position.

https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf

As shown below, the modular unit receives signal from external audio device in the form of a first signal (e.g., Aux input signal), and also from Bluetooth paired smartphone in the form of the second signal (e.g., received Bluetooth signal).

**INPUT SECTION:**
This is where you may plug in microphones, instruments, keyboards, drum machines and other audio devices, adjust the volume, bass and treble.

**1. MIC Inputs:** These XLR inputs are designed for low-impedance microphones or equipment that has a mic-level, balanced output (often called a Direct Out). Note: These inputs receive 15-volt phantom power. This is used to provide power to condenser microphones. Phantom power will not damage any dynamic or non-condenser microphone.

**2. LINE Inputs:** These ¼-inch inputs may be used to connect high-impedance microphones or keyboards, drum machines and other audio devices.

**3. AUX IN:** Use this stereo input to connect an external audio device such as an MP3, CD player or computer for playback. Note: Right and Left channels are summed to mono on this input.

**4. Volume:** Use these controls to adjust the volume level of each channel and the relative balance between them.

**5. Low:** Determines the emphasis of bass frequencies. Turning this knob clockwise creates a deeper, warmer tone. If you need a brighter sound, reduce the bass by turning counterclockwise.

**6. High:** Turned clockwise, this control accents treble frequencies to produce clearer, crisper sound. Turn counterclockwise to make the sound softer and less bright.

**7. Bluetooth LED (PA150TFXBT Only):** Indicates that a Bluetooth equipped device has successfully paired with the PA150TFXBT.

https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf

|  | **BLUETOOTH PAIRING INSTRUCTIONS:** To connect your Bluetooth device to the Kustom Bluetooth receiver for the first time, navigate to the Bluetooth settings menu on you Bluetooth enabled device. Ensure that Bluetooth is enabled and your Kustom product is powered on. Perform a scan for available devices. Select and pair to the Kustom product in the list of available devices. Enter 0000 for the passcode if prompted. Once paired, a connection can be established. Depending on the device, future connections may be established automatically when a previously paired Bluetooth device is in range of the Kustom Bluetooth receiver.<br><br>The Bluetooth receiver in Kustom Bluetooth products is an A2DP device and will work with other A2DP compatible Bluetooth devices including most smart phones. Additional hardware and/or driver software may be required for computers with integrated Bluetooth adaptors due to a lack of support for A2DP devices by some operating systems.<br><br>https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf |
|---|---|
| 19. The method of claim 17 wherein the playback component comprises a speaker. | The playback component utilized by the accused product comprises a speaker (e.g., subwoofer). |



https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf

| | |
|---|---|
| | **10. SYNC OUT:** This balanced XLR Jack accepts the SYNC input from another PA unit using a standard mic cable. Channels from both units are summed together. Use the channel volume controls to get the mix of the 6 channels (If a channel is not used turn the volume all the way down). MASTER volume controls the loudness of the mix through individual units. It does not affect the volume linked units. This jack may also be used to connect the PA unit to a power amp with a balanced line input.<br>***Note:*** *The shield connection (pin 1) on this jack does not connect to chassis ground. It is lifted.*<br><br>**11. Subwoofer Out:** The subwoofer output jack sends a line level unbalanced low frequency signal crossed over at 150Hz to a powered subwoofer. It will also work with any powered subwoofer that accepts a line level input. A crossover that rolls off the frequencies below 150Hz through the PA150TFX's speakers is activated when using this jack with a standard ¼" mono (tip/Sleeve) SHIELDED instrument cable. When Subwoofer jack is not used, this crossover is bypassed and the speakers are full range.<br><br>**Note:** It is recommended to connect subwoofer using a standard ¼" mono (tip/sleeve) SHIELDED instrument cable because the sleeve connection to ground activates crossover on speakers. When possible, plug AC cable on PA150TFX and Subwoofer into same outlet or power strip. This will prevent possible ground loop hum through the system.<br><br>**12. Power Indicator Light:** Indicates that the power switch is in the "ON" position.<br><br>https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf |
| 20. The method of claim 17 wherein the second entertainment content is entertainment content received by the inter-unit communication component from a peer system from the one or more peer systems, and selectively outputting comprises outputting the second signals corresponding to the second entertainment content received from the | The second entertainment content is entertainment content (e.g., audio content from the Bluetooth paired smartphone) received by the inter-unit communication component from a peer system (e.g., Bluetooth chip of the accused product for communication with other Bluetooth devices)) from the one or more peer systems (e.g., various Bluetooth based devices ), and selectively outputting comprises outputting the second signals (e.g., received Bluetooth signals) corresponding to the second entertainment content (e.g., audio content from the Bluetooth paired smartphone) received from the peer system (e.g., the smartphone) to the playback component (e.g., Subwoofer). |

| peer system to the playback component. | **BLUETOOTH PAIRING INSTRUCTIONS:**<br><br>To connect your Bluetooth device to the Kustom Bluetooth receiver for the first time, navigate to the Bluetooth settings menu on you Bluetooth enabled device. Ensure that Bluetooth is enabled and your Kustom product is powered on. Perform a scan for available devices. Select and pair to the Kustom product in the list of available devices. Enter 0000 for the passcode if prompted. Once paired, a connection can be established. Depending on the device, future connections may be established automatically when a previously paired Bluetooth device is in range of the Kustom Bluetooth receiver.<br><br>The Bluetooth receiver in Kustom Bluetooth products is an A2DP device and will work with other A2DP compatible Bluetooth devices including most smart phones. Additional hardware and/or driver software may be required for computers with integrated Bluetooth adaptors due to a lack of support for A2DP devices by some operating systems.<br><br>https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf |

**3. AUX IN:** Use this stereo input to connect an external audio device such as an MP3, CD player or computer for playback. Note: Right and Left channels are summed to mono on this input.

**4. Volume:** Use these controls to adjust the volume level of each channel and the relative balance between them.

**5. Low:** Determines the emphasis of bass frequencies. Turning this knob clockwise creates a deeper, warmer tone. If you need a brighter sound, reduce the bass by turning counterclockwise.

**6. High:** Turned clockwise, this control accents treble frequencies to produce clearer, crisper sound. Turn counterclockwise to make the sound softer and less bright.

**7. Bluetooth LED (PA150TFXBT Only):** Indicates that a Bluetooth equipped device has successfully paired with the PA150TFXBT.

**8. Master Volume:** Controls the overall volume of all channels and input on SYNC
***Note:*** *Does not affect SYNC Output level.*
https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf



https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf

**10. SYNC OUT:** This balanced XLR Jack accepts the SYNC input from another PA unit using a standard mic cable. Channels from both units are summed together. Use the channel volume controls to get the mix of the 6 channels (If a channel is not used turn the volume all the way down). MASTER volume controls the loudness of the mix through individual units. It does not affect the volume linked units. This jack may also be used to connect the PA unit to a power amp with a balanced line input.

**Note:** *The shield connection (pin 1) on this jack does not connect to chassis ground. It is lifted.*

**11. Subwoofer Out:** The subwoofer output jack sends a line level unbalanced low frequency signal crossed over at 150Hz to a powered subwoofer. It will also work with any powered subwoofer that accepts a line level input. A crossover that rolls off the frequencies below 150Hz through the PA150TFX's speakers is activated when using this jack with a standard ¼" mono (tip/Sleeve) SHIELDED instrument cable. When Subwoofer jack is not used, this crossover is bypassed and the speakers are full range.

**Note:** It is recommended to connect subwoofer using a standard ¼" mono (tip/sleeve) SHIELDED instrument cable because the sleeve connection to ground activates crossover on speakers. When possible, plug AC cable on PA150TFX and Subwoofer into same outlet or power strip. This will prevent possible ground loop hum through the system.

**12. Power Indicator Light:** Indicates that the power switch is in the "ON" position.

https://kustom.com/wp-content/uploads/2020/04/PA150TFX-BT-OM-RevA-17Apr2014mc.pdf